UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 14-9488 DSF | Date | 12/22/14 |
|---|---|---|---|
| Title | Fred Liu v. Alex Cortez | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

   This matter was removed from state court on December 10, 2014.  Diversity jurisdiction does not exist because the amount in controversy does not exceed $75,000.  The complaint is limited to damages of $1,200 per month and explicitly states that no more than $10,000 is demanded.  Defendant argues that ownership of the property is at issue, but it is obvious from the face of the complaint that possession, rather than ownership, is at issue.

   The complaint is a state law unlawful detainer complaint and does not state a federal cause of action.  Defendant raises a federal counterclaim, but federal question jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert.  See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

   The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.